Fill in this information to identify the case:

United States Bankruptcy Court for the:
**MIDDLE DIST. OF PENNSYLVANIA**

Case number (if known): _____ Chapter __**7**__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Kenosis Systems & Services, Inc. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | fdba Kenosis Scaffolding Systems LLC; fdba Kocsis Scaffolding Systems LLC; fdba Kenosis Insulation LLC; fdba Kenosis Painting & Coating LLC; fdba Kenosis EIFS LLC |
| 3. | Debtor's federal Employer Identification Number (EIN) | 8  1 – 2  9  2  7  7  6  0 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **14 Flenner Trail** | |
| Number    Street | Number    Street |
| | P.O. Box |
| **Gettysburg          PA      17325** | |
| City                State    ZIP Code | City                State    ZIP Code |
| **Adams** | Location of principal assets, if different from principal place of business |
| County | |
| | **2255 York Road, Gettysburg, PA, 17325** |
| | Number    Street |
| | **5500 Chemical Road, Baltimore, MD** |
| | City                State    ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

*A. Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

*B. Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

    __2__ __3__ __8__ __2__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes. District _____ When _____ Case number _____
                                MM / DD / YYYY
               District _____ When _____ Case number _____
                                MM / DD / YYYY
               District _____ When _____ Case number _____
                                MM / DD / YYYY

Debtor **Kenosis Systems & Services, Inc.**        Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____    Relationship _____

District _____    When _____

                                          MM / DD / YYYY

Case number, if known _____

Debtor _____    Relationship _____

District _____    When _____

                                          MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**    *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number      Street

_____

_____

    City              State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

    Contact name _____

    Phone _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Case 1:17-bk-02406-HWV    Doc 1    Filed 06/08/17    Entered 06/08/17 13:11:57    Desc
Main Document    Page 3 of 55

| 14. Estimated number of creditors | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| 15. Estimated assets | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/08/2017**
MM / DD / YYYY

X **/s/ Bruce E. Kocsis, Jr.**      **Bruce E. Kocsis, Jr.**
Signature of authorized representative of debtor    Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Deborah A. Hughes, Esquire**     Date **06/08/2017**
Signature of attorney for debtor      MM / DD / YYYY

**Deborah A. Hughes, Esquire**
Printed name

**Schiffman, Sheridan & Brown P.C.**
Firm name

**2080 Linglestown Road**
Number     Street

**Suite 201**

**Harrisburg**      **PA**      **17110**
City      State      ZIP Code

**(717) 540-9170**      dhughes@ssbc-law.com
Contact phone      Email address

**31060**      **PA**
Bar number      State

Case 1:17-bk-02406-HWV    Doc 1    Filed 06/08/17    Entered 06/08/17 13:11:57    Desc
Main Document     Page 4 of 55

**Fill in this information to identify the case**

Debtor name     __**Kenosis Systems & Services, Inc.**__

United States Bankruptcy Court for the: __**MIDDLE DIST. OF PENNSYLVANIA**__

Case number
(if known)     _____

☐ Check if this is an
   amended filing

<u>Official Form 206A/B</u>

## Schedule A/B: Assets -- Real and Personal Property          12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1:     Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**                    **Current value of debtor's interest**

2.  **Cash on hand**                                                            _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

    Name of institution (bank or brokerage firm)         Type of account          Last 4 digits of
                                                                                   account number

| | | | | |
|---|---|---|---|---|
| 3.1. | **F & M Trust Kocsis Scaffolding Checking account** | **Checking account** | __ __ __ __ | **$0.00** |
| 3.2. | **F & M Trust Kenosis Scaffolding Checking account** | **Checking account** | __ __ __ __ | **$0.00** |
| 3.3. | **F & M Trust Knosis Systems & Services payroll Checking account** | **Checking account** | __ __ __ __ | **$192.83** |
| 3.4. | **F & M Trust Kenosis Insulation Checking account** | **Checking account** | __ __ __ __ | **$0.00** |

4.  **Other cash equivalents**     *(Identify all)*

    Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     | **$192.83** |

Case 1:17-bk-02406-HWV     Doc 1     Filed 06/08/17     Entered 06/08/17 13:11:57     Desc
Main Document     Page 5 of 55

## Part 2: Deposits and prepayments

**6.** **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Current value of
debtor's interest

**7.** **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.** **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

| | |
|---|---|
| | **$0.00** |

## Part 3: Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

Current value of
debtor's interest

**11.** **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | | |
|---|---|---|---|---|---|---|
| 11a. 90 days old or less: | **$0.00** | – | **$0.00** | = ............. ➔ | **$0.00** |
| 11b. Over 90 days old: | **$61,866.52** | – | **$0.00** | = ............. ➔ | **$61,866.52** |

**12.** **Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | |
|---|---|
| | **$61,866.52** |

## Part 4: Investments

**13.** **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

Valuation method          Current value of
used for current value    debtor's interest

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                % of ownership:

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.** **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| | **$0.00** |

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ☑ Yes.  Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **Scaffolding equipment at cost (owe $475,000).  See attached.** | 05/15/2017 | | at cost | $1,997,966.10 |

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5**
    Add lines 19 through 22.  Copy the total to line 84.          $1,997,966.10

24. **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No.  Go to Part 7.
    ☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |

29. **Farm animals**  *Examples:* Livestock, poultry, farm-raised fish

30. **Farm machinery and equipment**  (Other than titled motor vehicles)

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6.**
    Add lines 28 through 32.  Copy the total to line 85.          $0.00

34. **Is the debtor a member of an agricultural cooperative?**
    ☑ No
    ☐ Yes.  Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

Case 1:17-bk-02406-HWV    Doc 1    Filed 06/08/17    Entered 06/08/17 13:11:57    Desc
Main Document      Page 7 of 55

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **2 desktop computers and printer** | | | $300.00 |

42. **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                    | $300.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2016 Dodge Ram 4500** | | | $45,000.00 |
| 47.2. **2015 Big Tex 20 foot trailer** | | | $5,600.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats
    trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

    Hand tools and equipment _____  _____  _____        $100.00

51. **Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.                              | $50,700.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☒ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

    ☒ No.  Go to Part 10.
    ☐ Yes.  Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent | Net book value of | Valuation method | Current value of |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | of debtor's interest in property | debtor's interest (Where available) | used for current value | debtor's interest |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.   | $0.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☒ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

## Part 10:  Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☒ No.  Go to Part 11.
    ☐ Yes.  Fill in the information below.

| General description | Net book value of | Valuation method | Current value of |
|---|---|---|---|
|  | debtor's interest (Where available) | used for current value | debtor's interest |

60. **Patents, copyrights, trademarks, and trade secrets**

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.

    | | |
    |---|---|
    | | **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    - ☒ No
    - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ☒ No
    - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    - ☒ No. Go to Part 12.
    - ☐ Yes. Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,
    including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** _Examples:_ Season tickets, country club membership

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.

    | | |
    |---|---|
    | | **$0.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$192.83** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$61,866.52** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$1,997,966.10** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$300.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$50,700.00** | |
| 88. **Real property.** *Copy line 56, Part 9*..................................➔ | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | **$2,111,025.45** | + 91b. **$0.00** |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.................................................................... **$2,111,025.45**

Case 1:17-bk-02406-HWV    Doc 1    Filed 06/08/17    Entered 06/08/17 13:11:57    Desc
Main Document      Page 11 of 55

**Fill in this information to identify the case:**

Debtor name  __**Kenosis Systems & Services, Inc.**__

United States Bankruptcy Court for the: __**MIDDLE DIST. OF PENNSYLVANIA**__

Case number  _____
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1.  **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | $60,417.59 | $45,000.00 |
| --- | --- | --- | --- |
| Ally Financial | 2016 Dodge Ram 4500 | | |

**Creditor's mailing address**
PO Box 9001948

**Describe the lien**
Purchase Money / Agreement

_____

**Is the creditor an insider or related party?**

Louisville          KY    20290

☑ No
☐ Yes

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**   2016

**Last 4 digits of account
number**          2  8  5  6

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in
the same property?**

☑ No
☐ Yes. Specify each creditor, including this
creditor, and its relative priority.

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the
Additional Page, if any.**

$892,205.66

Debtor **Kenosis Systems & Services, Inc.** Case number (if known) _____

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.2** Creditor's name
**Aluma Systems**

Creditor's mailing address
**2100 Van Deman Street, Unit 3**

_____

**Baltimore          MD   21224**

Creditor's email address, if known

_____

Date debt was incurred     **2017**

Last 4 digits of account number          **8   9   5   4**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

**Equipment**

Describe the lien

**Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$37,297.00**     **$0.00**

---

**2.3** Creditor's name
**Ascentium Capital**

Creditor's mailing address
**23970 Highway 59 North**

_____

**Kingwood          TX   77339**

Creditor's email address, if known

_____

Date debt was incurred     **2015**

Last 4 digits of account number          **4   6   6   3**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

**Equpment PMSI**

Describe the lien

**Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,762.76**     **$0.00**

Case 1:17-bk-02406-HWV    Doc 1    Filed 06/08/17    Entered 06/08/17 13:11:57    Desc
Main Document      Page 13 of 55

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.4**

| Creditor's name | Describe debtor's property that is subject to a lien | $81,864.03 | $0.00 |
|---|---|---|---|
| **F & M Trust** | | | |

Creditor's mailing address
**PO Box 6010**

Describe the lien
**UCC1 / Agreement**

_____

**Chambersburg     PA   17201**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known
_____

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred     **2011**

Last 4 digits of account number     **9   4   4   1**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**2.5**

| Creditor's name | Describe debtor's property that is subject to a lien | $9,661.51 | $0.00 |
|---|---|---|---|
| **Financial Pacific** | | | |

Creditor's mailing address
**3455 S. 344th Way, Suite 300**

Describe the lien
**UCC1 / Agreement**

_____

**Federal Way        WA   98001**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known
_____

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred     **2015**

Last 4 digits of account number     **7   6   7   F**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

| Debtor | **Kenosis Systems & Services, Inc.** | Case number (if known) |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.6**

Creditor's name
**Internal Revenue Service**

Creditor's mailing address
**Insolvency Section - BK notice**

**PO Box 7346**

_____

**Philadelphia        PA    19101-7346**

Creditor's email address, if known

_____

Date debt was incurred    **15/16**

Last 4 digits of account
number        **5    9    1    8**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**16 TL 498 filed 10/24/16**

Describe debtor's property that is subject to a lien
**Federal Tax lien**

Describe the lien
**Taxes**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

|  | $168,881.90 | $0.00 |
|---|---|---|

**2.7**

Creditor's name
**Internal Revenue Service**

Creditor's mailing address
**Insolvency Section - BK notice**

**PO Box 7346**

_____

**Philadelphia        PA    19101-7346**

Creditor's email address, if known

_____

Date debt was incurred    **2016**

Last 4 digits of account
number        **5    9    1    8**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**17 TL 59**
**filed 2/13/17**

Describe debtor's property that is subject to a lien
**Federal tax lien**

Describe the lien
**Taxes**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

|  | $5,282.75 | $0.00 |
|---|---|---|

Case 1:17-bk-02406-HWV    Doc 1    Filed 06/08/17    Entered 06/08/17 13:11:57    Desc
Main Document      Page 15 of 55

| Debtor | Kenosis Systems & Services, Inc. | Case number (if known) _____ |
|---|---|---|

| Part 1: | Additional Page | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

|  | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|

**2.8** **Creditor's name**
Layher, Inc.

**Creditor's mailing address**
7517 Lake Drive

_____

_____

Rosedale          MD   21237

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**        1   6   7   9

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Scaffolding equipment

**Describe the lien**
Purchase Money / Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$474,637.86**   Column B: **$0.00**

**2.9** **Creditor's name**
Pawnee Leasing Corp

**Creditor's mailing address**
3801 Automation Way, Suite 207

_____

Fort COllins          CO   80525

**Creditor's email address, if known**

_____

**Date debt was incurred** _____2015_____

**Last 4 digits of account number**        ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Equipment

**Describe the lien**
Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$15,416.43**   Column B: **$0.00**

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

**2.10**

| | | |
|---|---|---|
| Creditor's name<br>**Pawnee Leasing Corp.** | Describe debtor's property that is<br>subject to a lien | $23,209.39      $0.00 |

Creditor's mailing address
**3801 Automation Way, Suite 207**

**Equipment**

Describe the lien

**Agreement**

_____

_____

**Fort Cololins     CO    80525**

Is the creditor an insider or related party?

☑ No

Creditor's email address, if known

☐ Yes

_____

Is anyone else liable on this claim?

Date debt was incurred    **2016**

☐ No

Last 4 digits of account
number     **7   5   1   8**

☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

Do multiple creditors have an interest in
the same property?

As of the petition filing date, the claim is:
Check all that apply.

☑ No

☐ Contingent

☐ Yes. Have you already specified the
     relative priority?

☐ Unliquidated

☐ Disputed

    ☐ No. Specify each creditor, including this
       creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is
       specified on lines _____

**2.11**

| | | |
|---|---|---|
| Creditor's name<br>**Pennsylvania Dept. of L & I** | Describe debtor's property that is<br>subject to a lien | $4,848.96      $0.00 |

Creditor's mailing address
**UC Tax Matters**

**Tax lien**

Describe the lien

**Office of Chief Counsel, 10th Fl**

**Unemployment compensation**

**651 Boas Street**

Is the creditor an insider or related party?

**Harrisburg     PA    17121**

☑ No

Creditor's email address, if known

☐ Yes

_____

Is anyone else liable on this claim?

Date debt was incurred    **2016**

☑ No

Last 4 digits of account
number     ___ ___ ___ ___

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

Do multiple creditors have an interest in
the same property?

As of the petition filing date, the claim is:
Check all that apply.

☑ No

☐ Contingent

☐ Yes. Have you already specified the
     relative priority?

☐ Unliquidated

☐ Disputed

    ☐ No. Specify each creditor, including this
       creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is
       specified on lines _____

**16 TL 579**
**filed 12/12/16**

| Debtor | **Kenosis Systems & Services, Inc.** | Case number (if known) _____ |
|---|---|---|

|  | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.12**

**Creditor's name**
**Pennsylvania Dept. of L & I**

**Creditor's mailing address**
**UC Tax Matters**

**Office of Chief Counsel, 10th Fl**

**651 Boas Street**

**Harrisburg      PA    17121**

**Creditor's email address, if known**
_____

**Date debt was incurred**    2015

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     ☐ Yes. The relative priority of creditors is specified on lines _____

**16 TL 45**
**filed 2/11/16**

**Describe debtor's property that is subject to a lien**
**Tax lien**

**Describe the lien**
**Unemployment compensation**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$2,580.78**      Value of collateral: **$0.00**

---

**2.13**

**Creditor's name**
**Pennsylvania Dept. of L & I**

**Creditor's mailing address**
**UC Tax Matters**

**Office of Chief Counsel, 10th Fl**

**651 Boas Street**

**Harrisburg      PA    17121**

**Creditor's email address, if known**
_____

**Date debt was incurred**    2015

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     ☐ Yes. The relative priority of creditors is specified on lines _____

**15 TL 564 filed 12/10/15**

**Describe debtor's property that is subject to a lien**
**Tax lien**

**Describe the lien**
**Unemployment compensation**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$5,344.70**      Value of collateral: **$0.00**

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|----------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-----------------------------------------------------------|-------------------------------------------------|
| **Ally** | Line  **2.1** | ___ ___ ___ ___ |
| **PO Box 130424** | | |
| | | |
| | | |
| **Roseville**            **MN**    **55113** | | |

**Fill in this information to identify the case:**

Debtor **Kenosis Systems & Services, Inc.**

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Comptroller of Maryland**

**Revenue Administration Division**

**PO Box 2601**

**Annapolis**          **MD**   **21404**

Date or dates debt was incurred
**2017**

Last 4 digits of account
number      __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes Kenosis**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$5,663.00**    Priority amount **$5,663.00**

**2.2** Priority creditor's name and mailing address

**Comptroller of Maryland**

**Revenue Administration Division**

**PO Box 2601**

**Annapolis**          **MD**   **21404**

Date or dates debt was incurred
**2017**

Last 4 digits of account
number      __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes Kocsis**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$1,961.00**    Priority amount **$1,961.00**

Case 1:17-bk-02406-HWV    Doc 1    Filed 06/08/17    Entered 06/08/17 13:11:57    Desc
Main Document      Page 20 of 55

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.3** | **Priority creditor's name and mailing address** | | **$3,006.00** | **$3,006.00**

**DC Treasurer**

**Office of Tax & Revenue**

**PO box 419**

**Washington          DC     20044**

**Date or dates debt was incurred**

**2017**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **8** )

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Taxes Kenosis**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.4** | **Priority creditor's name and mailing address** | | **Unknown** | **Unknown**

**DC Treasurer**

**Office of Tax & Revenue**

**PO Box 419**

**Washington          DC     20044**

**Date or dates debt was incurred**

**2017**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **8** )

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Sales Taxes**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.5** | **Priority creditor's name and mailing address** | | **$300.00** | **$300.00**

**Dept of Assessment & Taxation MD**

**Personal Property Division**

**PO Box 17052**

**Baltimore          MD     21297**

**Date or dates debt was incurred**

**2017**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **8** )

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Taxes Kocsis**

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.6**   Priority creditor's name and mailing address

**Dept of Assessment & Taxation MD**

**Personal Property Division**

**PO Box 17052**

_____

**Baltimore**                **MD**      **21297**

Date or dates debt was incurred

**2017**
_____

Last 4 digits of account
number          ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is:  *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Taxes Kenosis**
_____

Is the claim subject to offset?

☑ No
☐ Yes

**Total claim** $300.00     **Priority amount** $300.00

---

**2.7**   Priority creditor's name and mailing address

**Internal Revenue Service**

**Insolvency Section - BK notice**

**PO Box 7346**

_____

**Philadelphia**              **PA**    **19101-7346**

Date or dates debt was incurred

**2016**
_____

Last 4 digits of account
number          ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is:  *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Taxes**
_____

Is the claim subject to offset?

☑ No
☐ Yes

**Total claim** Unknown     **Priority amount** Unknown

---

**2.8**   Priority creditor's name and mailing address

**Maryland Revenue Admin Division**

**Tax Payer Service Section**

**110 Carroll Street**

_____

**Annapolis**                **MD**      **21411**

Date or dates debt was incurred

_____

Last 4 digits of account
number          ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is:  *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Sales Taxes**
_____

Is the claim subject to offset?

☑ No
☐ Yes

**Total claim** Unknown     **Priority amount** Unknown

Case 1:17-bk-02406-HWV    Doc 1    Filed 06/08/17    Entered 06/08/17 13:11:57    Desc
Main Document    Page 22 of 55

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.9**  Priority creditor's name and mailing address | | | $620.00 | $620.00

**Office of Tax and Revenue DC**

**PO Box 96166**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Washington          DC      20090**

Date or dates debt was incurred
**2017**

Basis for the claim:
**Taxes Kocsis**

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

---

**2.10**  Priority creditor's name and mailing address | | | Unknown | Unknown

**PA Department of Revenue**

**Bankruptcy Section**

**PO Box 280946**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Harrisburg          PA      17128**

Date or dates debt was incurred
**2017**

Basis for the claim:
**Payroll taxes**

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

---

**2.11**  Priority creditor's name and mailing address | | | Unknown | Unknown

**PA Dept. of Revenue**

**PO Box 280946**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Harrisburg          PA      17128**

Date or dates debt was incurred
**2017**

Basis for the claim:
**Sales Taxes**

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

| Part 1: | Additional Page |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|
| | $103.00 | $103.00 |

**2.12**  Priority creditor's name and mailing address

**Pennsylvania Department of Revenue**

**Bureau of Compliance**

**Bankruptcy Division**

**PO Box 280946**

**Harrisburg**          **PA**          **17128-0946**

Date or dates debt was incurred

**2017**

Last 4 digits of account
number          ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Taxes Kocsis**

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $40,195.21 |

Check all that apply.

**Ally Financial**

**PO Box 9001948**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Louisville** **KY** **40290** — **Repo of 2016 Ram 1500 on 5/19/17**

Date or dates debt was incurred _____ **Is the claim subject to offset?**

Last 4 digits of account number **9 9 1 8** ☑ No
☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $8,527.04 |

Check all that apply.

**American Express**

**PO Box 1270**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Newark** **NJ** **07101** — **Credit Card**

Date or dates debt was incurred **2016** **Is the claim subject to offset?**

Last 4 digits of account number **2 0 0 7** ☑ No
☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,754.02 |

Check all that apply.

**Benefit Mall**

**PO Box 42827**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Baltimore** **MD** **21284** — **Health insurance**

Date or dates debt was incurred **2017** **Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___ ☑ No
☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $6,866.00 |

Check all that apply.

**Bruce Kocsis III**

**14 Flenner Trail**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Gettysburg** **PA** **17325** — **Loan**

Date or dates debt was incurred **2017** **Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___ ☑ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.5**   Nonpriority creditor's name and mailing address

**Chevron/Texico**

**PO Box 70995**

**Charlotte, NC  288272**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit Card**

Date or dates debt was incurred   **2017**

Last 4 digits of account number   **J   3   9   3**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,015.16**

---

**3.6**   Nonpriority creditor's name and mailing address

**Citizens One Auto Finance**

**PO Box 42113**

**Providence           RI       02940**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Repo of 2015 Dodge Ram 3500**

Date or dates debt was incurred   _____

Last 4 digits of account number   **5   5   7   3**

Is the claim subject to offset?
☑ No
☐ Yes

**$43,294.34**

---

**3.7**   Nonpriority creditor's name and mailing address

**DMV DC**

**DC Treasurer**

**PO Box 2014**

**Washington           DC     20013**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Tickets video/tolls**

Date or dates debt was incurred   **2017**

Last 4 digits of account number   __  __  __  __

Is the claim subject to offset?
☑ No
☐ Yes

**$60.00**

---

**3.8**   Nonpriority creditor's name and mailing address

**Expansion Capital**

**5020 S. Broadband Lane #100**

**Sioux Falls           SC     57108**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Restructured Capital loan**

Date or dates debt was incurred   **2016**

Last 4 digits of account number   __  __  __  __

Is the claim subject to offset?
☑ No
☐ Yes

**$85,835.86**

---

Case 1:17-bk-02406-HWV    Doc 1    Filed 06/08/17    Entered 06/08/17 13:11:57    Desc
Main Document     Page 26 of 55

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.9 | Nonpriority creditor's name and mailing address |
|---|---|

**ExxonMobile**

**PO Box 78001**

**Phoenix**                    **AZ**    **85062**

Date or dates debt was incurred            **1/17**

Last 4 digits of account number      **5  7  0  1**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,828.24**

---

| 3.10 | Nonpriority creditor's name and mailing address |
|---|---|

**Frank Kaniecki**

**321 Washington School House Road**

**Rising Sun**                  **MD**    **21911**

Date or dates debt was incurred            **2017**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Shareholder expense reimbursement**

Is the claim subject to offset?
☑ No
☐ Yes

**$17,700.00**

---

| 3.11 | Nonpriority creditor's name and mailing address |
|---|---|

**Ft. Meade NSA**

**TR094 Rockenbach Road**

**Fort Meade**                  **MD**    **20755**

Date or dates debt was incurred            _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Possible claims**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.12 | Nonpriority creditor's name and mailing address |
|---|---|

**Fundworks**

**15260 Ventura Blvd, Suite 1430**

**Sherman Oaks**                **CA**    **91403**

Date or dates debt was incurred            **5/16**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Capital**

Is the claim subject to offset?
☑ No
☐ Yes

**$19,069.81**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.13**   Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*

$10,000.00

**Geraldine Kocsis**

**50950 Center Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Valley City** | **OH** | **44280** | **Loan** |

Date or dates debt was incurred   **3/17**

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

**3.14**   Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

**Gettysburg Yard**

**2255 York Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Gettysburg** | **PA** | **17325** | **Storage lease** |

Date or dates debt was incurred   **2017**

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

**3.15**   Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*

$9,520.00

**IMS Funding**

**247 W. 36th Street**

**New York, NY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Restructured Capital loan**

Date or dates debt was incurred   **11/16**

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

**3.16**   Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*

$174,183.46

**Internal Revenue Service**

**Insolvency Section - BK notice**

**PO Box 7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Philadelphia** | **PA** | **19101-7346** | **Taxes** |

Date or dates debt was incurred   **15-16**

**Is the claim subject to offset?**

Last 4 digits of account number   **5   9   1   8**

☑ No
☐ Yes

Case 1:17-bk-02406-HWV   Doc 1   Filed 06/08/17   Entered 06/08/17 13:11:57   Desc
Main Document     Page 28 of 55

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Internal Revenue Service**

**Insolvency Section - BK notice**

**PO Box 7346**

**Philadelphia**              **PA**      **19101-7346**

Date or dates debt was incurred      **16-17**

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Unknown**

---

| 3.18 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Kirlin Mid-Atlantic**

**515 Dover Roaf**

**Rockville**              **MD**      **20850**

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Possible claims**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Unknown**

---

| 3.19 | Nonpriority creditor's name and mailing address |
| --- | --- |

**L.A. Commercial Group, Inc.**

**c/o Jessica Lemoine, Esquire**

**PO Box 251450**

**Glendale**              **CA**      **91225**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**LC104820**
**Superior Court of CA, County of Los Angeles**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Collection agency lawsuit for Fundworks**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$34,100.00**

---

| 3.20 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Maryland Transportation Authority**

**PO Box 17600**

**Baltimore**              **MD**      **21297**

Date or dates debt was incurred      **2017**

Last 4 digits of account number

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Toll charges/video toll/ticket**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$144.48**

Case 1:17-bk-02406-HWV   Doc 1   Filed 06/08/17   Entered 06/08/17 13:11:57   Desc
Main Document      Page 29 of 55

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.21**   Nonpriority creditor's name and mailing address

MCN Build

1214 29th Street NW

_____

Washington      DC    20007

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Possible claims**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

---

**3.22**   Nonpriority creditor's name and mailing address

Men of Power

6911 E. Baltimore Street

_____

Baltimore      MD    21224

Date or dates debt was incurred   5/17

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

**$3,650.00**

---

**3.23**   Nonpriority creditor's name and mailing address

Miller, Brown & Ohm

335 Main Street

_____

McSherrystown      PA    17344

Date or dates debt was incurred   2017

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Accountant**

Is the claim subject to offset?
☒ No
☐ Yes

**$2,850.00**

---

**3.24**   Nonpriority creditor's name and mailing address

Monarc Construction

2781 Hartland Road

_____

Falls Church      VA    22043

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Possible claims**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

---

Case 1:17-bk-02406-HWV   Doc 1   Filed 06/08/17   Entered 06/08/17 13:11:57   Desc
Main Document     Page 30 of 55

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.25**   Nonpriority creditor's name and mailing address

**National Logistics Services, Inc.**

**2976 Penwick Lane #100**

_____

_____

**Dunkirk**       **MD**    **20754**

Date or dates debt was incurred    **2015**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

**$4,600.00**

---

**3.26**   Nonpriority creditor's name and mailing address

**Neff Rentals**

**9714 Pulaski Highway**

_____

_____

**Baltimore**       **MD**    **21220**

Date or dates debt was incurred    _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Lease of scissor lift**

Is the claim subject to offset?
☒ No
☐ Yes

**$7,671.30**

---

**3.27**   Nonpriority creditor's name and mailing address

**Occupational Health Center**

**100 S. Charles Street #150**

_____

_____

**Baltimore**       **MD**    **21201**

Date or dates debt was incurred    **10/16**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

**$80.50**

---

**3.28**   Nonpriority creditor's name and mailing address

**Patuxent Engineering Group**

**5741 Main Street**

_____

_____

**Elkridge**       **MD**    **21075**

Date or dates debt was incurred    **5/16**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

**$1,960.00**

Case 1:17-bk-02406-HWV   Doc 1   Filed 06/08/17   Entered 06/08/17 13:11:57   Desc
Main Document     Page 31 of 55

**Part 2:**    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.       Amount of claim

---

**3.29**   Nonpriority creditor's name and mailing address

Pennsylvania Dept. of L & I

UC Tax Matters

Office of Chief Counsel, 10th Fl

651 Boas Street

Harrisburg       PA    17121

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Unemployment compensation

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

**3.30**   Nonpriority creditor's name and mailing address

Pennsylvania Dept. of Labor & Industry

OUCTS

Bankruptcy & Compliance Office

625 Cherry Street, Room 203

Reading       PA    19602

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
PA Unemployment comp

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

**3.31**   Nonpriority creditor's name and mailing address

Plan B Engineering

475 Veit Road

Huntingdon Valley       PA    19006

Date or dates debt was incurred    3/17

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Vendor

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,750.00**

---

**3.32**   Nonpriority creditor's name and mailing address

PQ Corporation

300 Lindenwood Drive

Valleybrooke Corp Center

Malvern       PA    19355

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Possible claims

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

Case 1:17-bk-02406-HWV    Doc 1    Filed 06/08/17    Entered 06/08/17 13:11:57    Desc
Main Document      Page 32 of 55

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.33 | Nonpriority creditor's name and mailing address | | $50,616.00 |

**Quarterspot**

**333 Seventh Avenue, Suite 1402**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| New York | NY | 10001 |

Basis for the claim: **Restructured Capital loan**

Date or dates debt was incurred  **10/16**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number  **4  1  2  3**

---

| 3.34 | Nonpriority creditor's name and mailing address | | $15,000.00 |

**Robert & Loretta Luppino**

**10416 Stream Park Ct**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Dayton | OH | 45458 |

Basis for the claim: **Loan**

Date or dates debt was incurred  **1/17**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.35 | Nonpriority creditor's name and mailing address | | $432.00 |

**Rodman's Contracting, LLC**

**1985 Mitchell Dr**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Aberdeen | MD | 21001 |

Basis for the claim: **Vendor**

Date or dates debt was incurred  **10/16**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.36 | Nonpriority creditor's name and mailing address | | $881.81 |

**Sunoco**

**PO Box78013**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Phoenix | AZ | 85062 |

Basis for the claim: **Credit Card**

Date or dates debt was incurred  **2016**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number  **4  2  0  3**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$35,627.00** |
| --- | --- | --- | --- |

*Check all that apply.*

**Superior Contractors, LLC**

**205 Grundy Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Baltimore** | **MD** | **21224** | **Vendor** |
| --- | --- | --- | --- |

Date or dates debt was incurred    **5/16**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,250.00** |
| --- | --- | --- | --- |

*Check all that apply.*

**Verizon**

**PO Box 25505**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Lehigh Valley** | **PA** | **18002** | **Vendor** |
| --- | --- | --- | --- |

Date or dates debt was incurred    **2017**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |
| --- | --- | --- | --- |

*Check all that apply.*

**WR Grace**

**7500 Grace Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Columbia** | **MD** | **21044** | **Possible claims** |
| --- | --- | --- | --- |

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$36,598.45** |
| --- | --- | --- | --- |

*Check all that apply.*

**Yellow Stone**

**1 Evertrust Plaza, 14th Floor**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Jersey City** | **NJ** | **07302** | **Restructured Capital loan** |
| --- | --- | --- | --- |

Date or dates debt was incurred    **9/16**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Case 1:17-bk-02406-HWV    Doc 1    Filed 06/08/17    Entered 06/08/17 13:11:57    Desc
Main Document    Page 34 of 55

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

| 5a. | **Total claims from Part 1** | 5a. | **$11,953.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$622,060.68** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$634,013.68** |

**Fill in this information to identify the case:**

Debtor name    **Kenosis Systems & Services, Inc.**

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number _____    Chapter   **7**
(if known)

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

    ☐   No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

    ☑   Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.    **List all contracts and unexpired leases**          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | **Equipment standing dismantle (May)** <br> **Contract to be REJECTED** | **Ft. Meade NSA** <br> **TR094 Rockenbach Road** |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | **Fort Meade**      **MD**    **20755** |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | **Month to month** <br> **$1,500** <br> **Contract to be REJECTED** | **Gettysburg Yard** <br> **2255 York Road** |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | **Gettysburg**      **PA**    **17325** |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | **JOC Mech Rm 196, Ft Meade, MD** <br> **need to dismantle** <br> **Contract to be REJECTED** | **Kirlin Mid-Atlantic** <br> **515 Dover Road** |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | **Rockville**      **MD**    **20850** |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | **609 Maryland Ave NE, Washington, DC** <br> **need to dismantle** <br> **Contract to be REJECTED** | **MCN Build** <br> **1214 29th Street NW** |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | **Washington**      **DC**    **20007** |

## ■ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | | |
|---|---|---|---|---|
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | **1315 Clifton Str NW Washington, DC need to dismantle Contract to be REJECTED** | **Monarc Construction** | |
| | | | **2781 Hartland Road** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Falls Church** **VA** **22043** | |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | **Month to month lease of scissor lift at Grace Contract to be REJECTED** | **Neff Rentals** | |
| | | | **9714 Pulaski Highway** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Baltimore** **MD** **21220** | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | **1301 E Fort Ave, Baltimore, MD need to dismantle Contract to be REJECTED** | **PQ Corporation** | |
| | | | **300 Lindenwood Dr** | |
| | | | **Valleybrooke Corp Center** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Malvern** **PA** **19355** | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | **5500 Chemical Road, Baltimore, MD 3 year maintenance contract Contract to be REJECTED** | **WR Grace** | |
| | | | **7500 Grace Drive** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Columbia** **MD** **21044** | |

Case 1:17-bk-02406-HWV    Doc 1    Filed 06/08/17    Entered 06/08/17 13:11:57    Desc
Main Document        Page 37 of 55

Fill in this information to identify the case:

Debtor name  **Kenosis Systems & Services, Inc.**

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Bruce E. Kocsis, Jr.** | **14 Flenner Trail**<br>Number  Street<br><br>**Gettysburg          PA   17325**<br>City                             State   ZIP Code | **Ally Financial** | ☑ D<br>☐ E/F<br>☐ G |
| 2.2  **Bruce E. Kocsis, Jr.** | **14 Flenner Trail**<br>Number  Street<br><br>**Gettysburg          PA   17325**<br>City                             State   ZIP Code | **Ascentium Capital** | ☑ D<br>☐ E/F<br>☐ G |
| 2.3  **Bruce E. Kocsis, Jr.** | **14 Flenner Trail**<br>Number  Street<br><br>**Gettysburg          PA   17325**<br>City                             State   ZIP Code | **Ally Financial** | ☐ D<br>☑ E/F<br>☐ G |
| 2.4  **Bruce E. Kocsis, Jr.** | **14 Flenner Trail**<br>Number  Street<br><br>**Gettysburg          PA   17325**<br>City                             State   ZIP Code | **Citizens One Auto Finance** | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | Kenosis Systems & Services, Inc. | Case number (if known) | |
|---|---|---|---|

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.5 | Bruce E. Kocsis, Jr. | 14 Flenner Trail<br>Number    Street<br><br>Gettysburg    PA  17325<br>City    State  ZIP Code | Financial Pacific | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | Bruce E. Kocsis, Jr. | 14 Flenner Trail<br>Number    Street<br><br>Gettysburg    PA  17325<br>City    State  ZIP Code | Internal Revenue Service | ☑ D<br>☐ E/F<br>☐ G |
| 2.7 | Bruce E. Kocsis, Jr. | 14 Flenner Trail<br>Number    Street<br><br>Gettysburg    PA  17325<br>City    State  ZIP Code | Internal Revenue Service | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 | Bruce E. Kocsis, Jr. | 14 Flenner Trail<br>Number    Street<br><br>Gettysburg    PA  17325<br>City    State  ZIP Code | Internal Revenue Service | ☐ D<br>☑ E/F<br>☐ G |
| 2.9 | Bruce E. Kocsis, Jr. | 14 Flenner Trail<br>Number    Street<br><br>Gettysburg    PA  17325<br>City    State  ZIP Code | Expansion Capital | ☐ D<br>☑ E/F<br>☐ G |
| 2.10 | Bruce E. Kocsis, Jr. | 14 Flenner Trail<br>Number    Street<br><br>Gettysburg    PA  17325<br>City    State  ZIP Code | Quarterspot | ☐ D<br>☑ E/F<br>☐ G |
| 2.11 | Bruce E. Kocsis, Jr. | 14 Flenner Trail<br>Number    Street<br><br>Gettysburg    PA  17325<br>City    State  ZIP Code | Yellow Stone | ☐ D<br>☑ E/F<br>☐ G |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|

| | Name / Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|
| **2.12** | **Bruce E. Kocsis, Jr.** <br> **14 Flenner Trail** <br> Number     Street <br><br> **Gettysburg     PA   17325** <br> City                State   ZIP Code | **IMS Funding** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.13** | **Bruce E. Kocsis, Jr.** <br> **14 Flenner Trail** <br> Number     Street <br><br> **Gettysburg     PA   17325** <br> City                State   ZIP Code | **Fundworks** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.14** | **Bruce E. Kocsis, Jr.** <br> **14 Flenner Trail** <br> Number     Street <br><br> **Gettysburg     PA   17325** <br> City                State   ZIP Code | **L.A. Commercial Group, Inc.** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.15** | **Bruce E. Kocsis, Jr. & Jolan Kocsis** <br> **14 Flenner Trail** <br> Number     Street <br><br> **Gettysburg     PA   17325** <br> City                State   ZIP Code | **Pawnee Leasing Corp** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.16** | **Bruce E. Kocsis, Jr. & Jolan Kocsis** <br> **14 Flenner Trail** <br> Number     Street <br><br> **Gettysburg     PA   17325** <br> City                State   ZIP Code | **Pawnee Leasing Corp.** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.17** | **Bruce E. Kocsis, Jr. & Jolan Kocsis** <br> **14 Flenner Trail** <br> Number     Street <br><br> **Gettysburg     PA   17325** <br> City                State   ZIP Code | **F & M Trust** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.18** | **Frank Kaniecki** <br> **321 Washington School House Road** <br> Number     Street <br><br> **Rising Sun     MD   21911** <br> City                State   ZIP Code | **Pawnee Leasing Corp** | ☑ D <br> ☐ E/F <br> ☐ G |

Case 1:17-bk-02406-HWV    Doc 1    Filed 06/08/17    Entered 06/08/17 13:11:57    Desc
Main Document      Page 40 of 55

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
|---|---|---|---|---|
| **2.19** | **Frank Kaniecki** | **321 Washington School House Road**<br>Number     Street | **Pawnee Leasing Corp.** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Rising Sun          MD   21911**<br>City                          State   ZIP Code | | |

**Fill in this information to identify the case:**

Debtor Name **Kenosis Systems & Services, Inc.**

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B................................................................. | **$0.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B................................................................. | **$2,111,025.45**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B................................................................. | **$2,111,025.45**

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................... | **$892,205.66**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F.......................................... | **$11,953.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............................ | **+ $622,060.68**

4. **Total liabilities**
   Lines 2 + 3a + 3b................................................................................. | **$1,526,219.34**

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/08/2017**    **X** **/s/ Bruce E. Kocsis, Jr.**
       MM / DD / YYYY      Signature of individual signing on behalf of debtor

                                   **Bruce E. Kocsis, Jr.**
                                   Printed name

                                   **President**
                                   Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    **Kenosis Systems & Services, Inc.**

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number
(if known) _____

☐ Check if this is an
   amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

**1.**   **Gross revenue from business**

☐ None

Identify the beginning and ending dates of the debtor's fiscal year,
which may be a calendar year

Sources of revenue
Check all that apply.

Gross revenue
(before deductions
and exclusions

| | | | | | |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2017** to<br>MM / DD / YYYY | Filing date | ☑ Operating a business<br>☐ Other _____ | | **$347,689.09** |
| For prior year: | From **01/01/2016** to **12/31/2016**<br>MM / DD / YYYY   MM / DD / YYYY | | ☑ Operating a business<br>☐ Other _____ | | **$747,536.00** |
| For the year before that: | From **01/01/2015** to **12/31/2015**<br>MM / DD / YYYY   MM / DD / YYYY | | ☑ Operating a business<br>☐ Other _____ | | **$1,954,687.00** |

**2.**   **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.**   **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **See attached.**<br>Creditor's name<br><br>Street<br><br><br>City    State    ZIP Code | _____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | **Ally** | **2016 Dodge Ram 1500** | **5/19/2017** | **$23,706.00** |
| | Creditor's name | | | |
| | Street | | | |
| | City    State    ZIP Code | | | |
| 5.2. | **Citizens One Auto Finance** | **2015 Dodge Ram 3500** | **5/19/17** | **$29,562.00** |
| | Creditor's name | | | |
| | Street | | | |
| | City    State    ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Internal Revenue Service v. Kenosis Scaffolding Systems LLC, Bruce E. Kocsis** | **federal tax lien 10/16 $168,881.90** | **Adams County Courthouse** Name<br>Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br>**16 TL 498** | | **Gettysburg**    **PA**<br>City    State  ZIP Code | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Internal Revenue Service v. Kenosis Scaffolding Systems LLC, Bruce E. Kocsis** | federal tax lien 2/17 $5,282.75 | **Adams County Courthouse** | ☐ Pending |
| | | | Name | ☐ On appeal |
| | | | Street | ☒ Concluded |
| | **Case number** | | **Gettysburg        PA** | |
| | **17 TL 59** | | City        State  ZIP Code | |
| 7.3. | **Commonwealth of PA, Dept of L & I to the use of the Unemployment Compensation Fund v. Kocsis Scaffolding Systems, LLC** | tax lien 12/12/16 $4,848.96 | **Adams County Courtousse** | ☐ Pending |
| | | | Name | ☐ On appeal |
| | | | Street | ☒ Concluded |
| | **Case number** | | **Gettysburg        PA** | |
| | **16-TL-579** | | City        State  ZIP Code | |
| 7.4. | **Commonwealth of PA, Dept of L & I to the use of the Unemployment Compensation Fund v. Kocsis Scaffolding Systems, LLC** | tax lien 2/11/16 $2,580.78 | **Adams County Courthouse** | ☐ Pending |
| | | | Name | ☐ On appeal |
| | | | Street | ☒ Concluded |
| | **Case number** | | **Gettysburg        PA** | |
| | **16 TL 45** | | City        State  ZIP Code | |
| 7.5. | **Commonwealth of PA, Dept of L & I to the use of the Unemployment Compensation Fund v. Kocsis Scaffolding Systems, LLC** | tax lien 12/10/15 $5,344.70 | **Adams County Courthouse** | ☐ Pending |
| | | | Name | ☐ On appeal |
| | | | Street | ☒ Concluded |
| | **Case number** | | **Gettysburg        PA** | |
| | **15 TL 564** | | City        State  ZIP Code | |
| 7.6. | **L.A. Commercial Group, Inc. a Corporation, dba Contenental Commercial Group v. Kenosis Scaffolding Systems LLC fdba Kocsis Scaffolding Systems, LLC; Bruce Edward Kocsis, Jr.** | civil | **Superior Court of California, County of** | ☒ Pending |
| | | | Name | ☐ On appeal |
| | | | **Los Angeles, Northwest District** | ☐ Concluded |
| | | | Street | |
| | **Case number** | | **Van Nuys        CA** | |
| | **LC104820** | | City        State  ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Schiffman, Sheridan & Brown, PC** | | **4/17** | **$6,375.00** |

Address

**2080 Linglestown Road, Suite 201**
Street

**Harrisburg**      **PA**    **17110**
City          State    ZIP Code

Email or website address

Who made the payment, if not debtor?

| Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2.  **Robert May, Esquire** | | **2016-2017** | $19,822.50 |

**Address**

_____
Street

_____

_____
City                              State      ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

13. **Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained _____

     Does the debtor have a privacy policy about that information?
     ☐ No.
     ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
     ☐ No. Go to Part 10.
     ☐ Yes. Fill in below:

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **F & M** <br> Name <br><br> Street <br><br><br> City    State   ZIP Code | XXXX- __ __ __ __ | ☐ Checking <br> ☑ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | **4/21/17** | **$0.00** |

Case 1:17-bk-02406-HWV    Doc 1    Filed 06/08/17    Entered 06/08/17 13:11:57    Desc
Main Document     Page 49 of 55

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| __Gettysburg Yard__<br>Name<br><br>__2255 York Road__<br>Street<br><br>_____<br><br>__Gettysburg        PA__<br>City        State    ZIP Code | **Bruce Kocsis; Darrell Sensenig (landlord) and Final Grade Inc. (shares the storage space)**<br><br>**Address** | **See inventory on Schedule B19.** | ☑ No<br>☐ Yes |

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

**23.** **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

**24.** **Has the debtor notified any govermental unit of any release of hazardous material?**

☒ No
☐ Yes. Provide details below.

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.** **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

**26.** **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service | | |
|---|---|---|---|---|---|
| 26a.1. | **Tim Ohm, CPA** | | From | **2008** | To | **date** |
| | Name | | | | |
| | **Miller Brown Ohm & Assoc, PC** | | | | |
| | Street | | | | |
| | **335 Main Street** | | | | |

| **McSherrystown** | **PA** | **17344** |
|---|---|---|
| City | State | ZIP Code |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Bruce E. Kocsis, Jr.** | |
| Name | |
| **14 Flenner Trail** | |
| Street | |

| **Gettysburg** | **PA** | |
|---|---|---|
| City | State | ZIP Code |

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.   __**F & M**__
         Name

         Street

         City          State    ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No.

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| __**Bruce E. Kocsis, Jr.**__ | __2016__ | __$1,881,783.80__ |

**Name and address of the person who has possession of inventory records**

27.1.   __**Bruce E. Kocsis, Jr.**__
       Name

       Street

       City          State    ZIP Code

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| __**Bruce E. Kocsis, Jr.**__ | __2017__ | __$1,997,966.10__ |

**Name and address of the person who has possession of inventory records**

27.2.   __**Bruce E. Koscis**__
       Name

       Street

       City          State    ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Bruce E. Kocsis, Jr.** | **14 Flenner Trail** <br> **Gettysburg, PA** | **President, VP, Secretary, Treasurer** | **80%** |
| **Frank Kaniecki** | **321 Washington School House Road** <br> **Rising Sun, MD 21911** | | **20%** |

Case 1:17-bk-02406-HWV    Doc 1    Filed 06/08/17    Entered 06/08/17 13:11:57    Desc
Main Document     Page 52 of 55

Debtor **Kenosis Systems & Services, Inc.**                    Case number (if known) _____
        Name

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Frank Kaniecki** | **321 Washington School House Road Rising Sun, MD 21911** | **President** | From _____ To __**6/16**__ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes.  Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

---

**Part 14:    Signature and Declaration**

**WARNING** --Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**06/08/2017**__
             MM / DD / YYYY

**X** __**/s/ Bruce E. Kocsis, Jr.**__                    Printed name __**Bruce E. Kocsis, Jr.**__
     Signature of individual signing on behalf of the debtor

     Position or relationship to debtor **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
**HARRISBURG DIVISION**

In re **Kenosis Systems & Services, Inc.**                    Case No. _____

                                                            Chapter  **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept.................................................................    **$6,375.00**

    Prior to the filing of this statement I have received......................................................    **$6,375.00**

    Balance Due............................................................................................................    **$0.00**

2. The source of the compensation paid to me was:
    ☑ Debtor             ☐ Other (specify)

3. The source of compensation to be paid to me is:
    ☑ Debtor             ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d. [Other provisions as needed]

    **All other matters disclosed in the written fee agreement.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **See written fee agreement.**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **06/08/2017** | **/s/ Deborah A. Hughes, Esquire** | |
| --- | --- | --- |
| *Date* | *Deborah A. Hughes, Esquire* | Bar No. 31060 |
| | Schiffman, Sheridan & Brown P.C. | |
| | 2080 Linglestown Road | |
| | Suite 201 | |
| | Harrisburg, PA 17110 | |
| | Phone: (717) 540-9170 / Fax: (717) 540-5481 | |

---

**/s/ Bruce E. Kocsis, Jr.**

*Bruce E. Kocsis, Jr.*
*President*